

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ray Charles Hawkins, Appellant

No. 06-18-00122-CR     v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1532-17). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Ray Charles Hawkins, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 9, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk